UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHERINE MARINARO and WHITNEY VAN DER DOES,

        Plaintiffs,

-against-

CSC GENERATION HOLDINGS, INC., OKL HOLDINGS, INC., ONE KINGS LANE, LLC, and JUSTIN YOSHIMURA in his individual and professional capacities,

        Defendants.

**ORDER**

20 Civ. 6939 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The conference currently scheduled for January 7, 2021 is adjourned sine die.

Dated: New York, New York
       January 6, 2021

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge