UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHERINE MARINARO and WHITNEY VAN DER DOES,

                Plaintiffs,

-against-

CSC GENERATION HOLDINGS, INC., OKL HOLDINGS, INC., ONE KINGS LANE, LLC, and JUSTIN YOSHIMURA in his individual and professional capacities,

                Defendants.

**ORDER**

20 Civ. 6939 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for January 14, 2021 is adjourned <u>sine</u> <u>die</u>. The following schedule will apply to Defendants' motions to dismiss:

    1. Defendants' motions are due on **February 3, 2021**;

    2. Plaintiffs' oppositions are due on **February 24, 2021**; and

    3. Defendants' replies, if any, are due on **March 3, 2021**.

        Discovery will not be stayed pending resolution of Defendants' motions to dismiss, because the Court expects that one or more of Plaintiffs' claims will survive those motions.

Dated: New York, New York
       January 13, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge